# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

**U.S.A. vs. Jason Jerome Millhouse**                    **Docket No. 7:04-CR-85-3F**

### Petition for Action on Supervised Release

COMES NOW Pamela O. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jason Jerome Millhouse, who, upon an earlier plea of guilty to Distributing a Quantity of Cocaine Base (Crack) and Aiding and Abetting, in violation of 21 U.S.C. § 841 (a)(1) and 18 U.S.C. § 2, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on February 7, 2005, to the custody of the Bureau of Prisons for a term of 113 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall not possess a firearm or destructive device.

4. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Jason Jerome Millhouse was released from custody on October 9, 2012, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 23, 2012, the releasee submitted a urine specimen which revealed positive results for cocaine. When confronted, the releasee admitted to using cocaine the weekend prior and signed an admission. He stated he was depressed and having a hard time adjusting. He was placed in the surprise urinalysis program and referred to Coastal Horizons Center for outpatient substance abuse treatment.

On October 30, and November 1, 2012, the releasee submitted urine specimens which revealed positive results for cocaine. On November 9, 2012, he admitted he had continued to use cocaine and stated he had a drug addiction. He stated he had always had a problem with cocaine, especially when he was stressed or depressed. He stated he needed help and asked the probation officer to give him a chance to overcome his drug addiction.

Mr. Millhouse was released from the Bureau of Prisons on October 9, 2012, and less than two weeks passed before he resumed his use of cocaine. The releasee appears to be open to treatment and has asked the probation officer for help with his addiction. The probation officer believes he is a good candidate for the intensive substance abuse treatment program. The releasee's urine screens have been intensified and he is being monitored closely. The probation officer recommends the court take no action at this time and allow the releasee to participate in intensive substance abuse treatment. It is further recommended the releasee's conditions be modified to include a mental health condition. This will allow the probation office to assess Mr. Millhouse's mental health status.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1.      The defendant shall participate in a program of mental health treatment, as directed by the probation office.

        Except as herein modified, the judgment shall remain in full force and effect.

                                        I declare under penalty of perjury that the
                                        foregoing is true and correct.


                                        /s/ Pamela O. Thornton
                                        Pamela O. Thornton
                                        Senior U.S. Probation Officer
                                        2 Princess Street, Suite 308
                                        Wilmington, NC 28401-3958
                                        Phone: 910-815-4857
                                        Executed On: November 13, 2012

**Jason Jerome Millhouse**
**Docket No. 7:04-CR-85-3F**
**Petition For Action**
**Page 3**

## ORDER OF COURT

Considered and ordered this __*14*__ day of __*November*__ , 2012, and ordered filed and made a part of the records in the above case.

_____

James C. Fox
Senior U.S. District Judge